(October 17, 1985)

■ In the Matter of IRVING WEINSOFF, an Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, THIRD JUDICIAL DEPARTMENT, Petitioner.—It appearing that respondent has been convicted of one or more criminal offenses denominated as felonies under the laws of the United States, motion by petitioner to suspend respondent pending imposition of final order of discipline granted (Judiciary Law § 90 [4] [d], [f]). Order entered. Mahoney, P. J., Kane, Main, Casey and Weiss, JJ., concur.